UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

JAMES LEE SIMPSON,                                    Case No.:  13-40125
                                                      Chapter 12

             Debtor,

_____/

**ORDER GRANTING MOTION OF TERRY AND MARIE TAYLOR FOR ORDER
DIRECTING JOHN BELL TO APPEAR FOR EXAMINATION PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AND DIRECTING
JOHN BELL TO PRODUCE DOCUMENTS PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 [Doc. No. 13]**

        This case came before the Court on the Motion of Terry Taylor and Marie Taylor for an

Order Directing John Bell to Appear for Examination and Produce Documents pursuant to

Federal Rule of Bankruptcy Procedure 2004 [Doc. No. 13] (the "Motion").  Upon review of the

Motion and for good cause appearing,

        IT IS ORDERED:

        1.      The Motion is **GRANTED**;

        2.      That, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure as

requested in the Motion, the examination of Mr. Bell shall take place, and Mr. Bell is directed to

appear at the office of the Penson Law Firm, P.A. at 1435 Piedmont Dr. E, Suite 110,

Tallahassee, Florida, 32308 (Telephone Number 850.561.8000) on June 19, 2013 at 9:00 a.m.

(E.S.T.) and continuing from day to day thereafter, excluding weekends and holidays, until all

documents required to be produced herein have been produced;

        3.      That no later than five (5) days prior to the date of the examination, Mr. Bell is

required to produce for examination and copying by counsel for Terry Taylor and Marie Taylor,

pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, the originals or true and correct copies of the following documents:

a)      Documents evidencing any debt owed by Debtor, Watt Meizer LLC, and/or Havana Sod and Pallet to Mr. Bell since January 2006 including, but not limited to, the notes secured by the second mortgage recorded in the Gadsden County Official Records at Book 702, Page 620;

b)      Documents evidencing payment of the funds by you to Debtor secured by the second mortgage recorded in the Gadsden County Official Records at Book 702, Page 620, including but not limited to, any and all receipts or canceled checks;

c)      Documents evidencing payments by Debtor, Watt Meizer LLC, and/or Havana Sod and Pallet to you since January 1, 2005 on the notes secured by the second mortgage recorded in the Gadsden County Official Records at Book 702, Page 620;

d)      Documents evidencing any payments by Debtor, Watt Meizer LLC, and/or Havana Sod and Pallet to you since January 1, 2011;

e)      Documents, including all notes and correspondence, related to the preparation and execution of the second mortgage recorded in the Gadsden County Official Records at Book 702, Page 620;

f)      Documents evidencing your employment of or contracting with Debtor, Watt Meizer LLC, and/or Havana Sod and Pallet since January 1, 2011; and

    g)      Documents evidencing your ownership interest in Watt Meizer, LLC and/or Havana Sod and Pallet, Inc. and/or Havana Sod and Pallet.

DONE AND ORDERED this 23rd day of May , 2013.

/s/ Karen K. Specie
_____
Karen K. Specie
United States Bankruptcy Judge

Copies to:
James M. Donohue
Al Penson
Allen P. Turnage
Walter W. Kelley
U. S. Trustee
John Bell

Prepared by:
James M. Donohue
Ausley & McMullen, P.A.
Post Office Box 391
Tallahassee, FL  32302