## AUSLEY & McMULLEN, P.A.
### ATTORNEYS AND COUNSELORS AT LAW
P. O. BOX 391
TALLAHASSEE, FL 32302

(850) 224-9115

*FEIN 59-3377662*

June 27, 2013

Terry & Marie L. Taylor
112 Guandalupe Drive
Athens, TX 75751

Bill Number       120243
Billed Through    05/31/2013

RE:   James L. Simpson Bankruptcy

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/22/2013 | JMD | Telephone conference with Terry Taylor regarding his representation in this Chapter 12 bankruptcy case. | 1.00 Hrs |
| 03/22/2013 | KAF | Research standard for bad faith filing of Chapter 12 petition; internal conference regarding Chapter 12 filing; research Debtor owned entities and UCCs filed in favor of third parties on Debtor's personal property; internal conference with J. Donohue regarding same. | 2.40 Hrs |
| 03/24/2013 | JMD | Conference with associate regarding this Chapter 12 case; review UCC-1 financing statement Havana Sod & Pallet, Inc. to Capital City Bank. | 0.50 Hrs |
| 03/25/2013 | JMD | Preparation of engagement letter. | 0.40 Hrs |
| 04/01/2013 | JMD | Telephone conference with T. Taylor regarding status and mailing of retainer check and signed engagement letter; e-mail to Trustee regarding court reporter at the meeting of creditors; review e-mail from Trustee. | 0.50 Hrs |
| 04/02/2013 | JMD | Review of loan documents and bankruptcy pleadings, plan and confirmation order from earlier bankruptcy received by fax from client; telephone conference with T. Taylor regarding balance due on obligation, payment history, foreclosure case, quiet title action and other issues; conference with assistant regarding information on property taxes, foreclosure case, and quiet title in Gadsden County and review same. | 1.40 Hrs |
| 04/03/2013 | JMD | E-mail to J. D. Durant regarding information from foreclosure case; review numerous faxes from client with copies of pleadings and documetns from the foreclosure case, accounting of the balance due to the Taylors, and other documents; telephone conference iwth J. D. Durant; e-mail to J. D. Durant regarding copies of pleadings. | 1.50 Hrs |
| 04/04/2013 | JMD | Review e-mail from J. D. Durant and attached copies of foreclosure complaint, Simpsons's answer and order consolidating quiet title action with the foreclosure case. | 0.50 Hrs |
| 04/05/2013 | JMD | Further review of documents; telephone conference with T. Taylor regarding status. | 0.50 Hrs |

Our File Number:
020912   ~   130362          JM

**COMPOSITE EXHIBIT "A"**

Page   1   of   3

Terry & Marie L. Taylor                                                                                                Bill Number:        120243

| Date | Atty | Description | Time |
|---|---|---|---|
| 04/07/2013 | JMD | Review file, schedules and statement of financial affairs, review documents, and prepare list of questions for the meeting of creditors. | 3.00 Hrs |
| 04/08/2013 | JMD | Preparation for meeting of creditors; conference with T. and M. Taylor prior to meeting of creditors; attend meeting of creditors; conference with clients after meeting; telephone conference with A. Penson's office; conference with G. Thomas, firm's real estate attorney, regarding avoidance of second mortgage; e-mail to A. Turnage regarding copies of tax returns and insurance policies on property secured by mortgage. | 4.20 Hrs |
| 04/09/2013 | JMD | Conference with associate regarding research on eligibility to be a "family farmer" under the Bankruptcy Code; review research on "family farmer" issue. | 0.50 Hrs |
| 04/12/2013 | JMD | Review message from client regarding questions about the Debtor's schedules. | 0.10 Hrs |
| 04/16/2013 | JMD | Review file and telephone conference with A. Penson regarding nature and validity of J. Bell's secured claim in this Chapter 12 case. | 0.30 Hrs |
| 04/22/2013 | JMD | Review e-mail from A. Turnage regarding status of copies of tax returns; e-mail to A. Turnage. | 0.20 Hrs |
| 04/29/2013 | JMD | Review e-mail from Tricia in A. Turnage's office and review attached copies of J. Simpson's 2010, 2011 and 2012 federal income tax reurns; telephone conference with T. Taylor regarding status of case and various specific issues in the schedules; telephone conference with A. Penson's office. | 1.00 Hrs |
| 05/01/2013 | JMD | Review e-mail from court reporter with attached transcript of 341 meeting; brief review of transcript. | 0.30 Hrs |
| 05/02/2013 | JMD | Detailed review of transcript of meeting of creditors; e-mail to W. Kelley, Trustee, regarding insurance coverage and other issues; review e-mail from W. Kelley's office. | 1.20 Hrs |
| 05/03/2013 | JMD | Review e-mail from Trustee regarding insurance coverage. | 0.10 Hrs |
| 05/06/2013 | JMD | Review e-mail from W. Kelley, Chapter 12 Trustee, and attached insurance documetns. | 0.20 Hrs |
| 05/07/2013 | KAF | Research bankruptcy code provisions and supporting caselaw requiring debtors to maintain insurance on improved real property; research whether failure to maintain insurance is grounds for relief from the automatic stay and/or grounds for dismissal; internal conference with J. Donohue regarding same. | 0.70 Hrs |
| 05/09/2013 | JMD | Review file; telephone conference with A. Penson's office; review status of case on PACER; e-mail to A. Penson regarding posture of his client, J. Bell, in the bankruptcy proceeding. | 0.80 Hrs |
| 05/10/2013 | KAF | Internal conference with J. Donohue regarding drafting motion for 2004 examination of Creditor Bell. | 0.30 Hrs |

Terry & Marie L. Taylor                                                                                              Bill Number:        120243

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 05/12/2013 | KAF | Review transcript of 341 examination to prepare motion for 2004 examination and production of documents directed towards John Bell; draft 2004 Motion. | 1.80 | Hrs |
| 05/14/2013 | JMD | Review file; e-mail to A. Penson regarding 2004 exam; review e-mail from A. Penson; second e-mail to A. Penson regarding scheduling the 2004 exam. | 0.80 | Hrs |
| 05/17/2013 | JMD | Review e-mail from A. Penson. | 0.10 | Hrs |
| 05/18/2013 | JMD | Review e-mail regarding motion to withdraw filed by R. Koss, attorney for Salov; review motion to withdraw. | 0.20 | Hrs |
| 05/22/2013 | JMD | E-mail to A. Penson regarding date and time for 2004 exam; review e-mail from A. Penson; second e-mail to A. Penson regarding examination. | 0.50 | Hrs |
| 05/22/2013 | KAF | Revise and finalize motion and proposed order for 2004 examination of John Bell; internal conference with J. Donohue regarding same. | 1.70 | Hrs |

Total Fees for this Matter                                                                                                         $7,078.50

EXPENSES:

| | | |
|---|---|---|
| 04/15/2013 | Court reporter fee for appearance at 341 meeting on 4/8/13 - Merit Reporting - Invoice AK-13-46A | 135.00 |
| 05/02/2013 | Merit Reporting, Inv, AK-13-46B: Court reporter fee for original and one copy of the transcript of 4/8/13 341 meeting held before Trustee Kelley | 306.00 |
| 05/31/2013 | Copy charges | 19.60 |

Total Expenses for this Matter                                                                                                    $460.60

BILL SUMMARY:

FEES:

| | | | | |
|---|---|---|---|---|
| James M. Donohue | 19.80 Hrs | $300 / Hr | | 5,940.00 |
| Kevin A. Forsthoefel | 6.90 Hrs | $165 / Hr | | 1,138.50 |
| TOTAL FEES | 26.70 Hrs | | | $7,078.50 |
| TOTAL EXPENSES | | | | $460.60 |
| TOTAL FEES AND EXPENSES THIS BILL | | | | $7,539.10 |
| LESS: TRUST FUNDS APPLIED TO THIS BILL | | | | -3,000.00 |

TOTAL BALANCE NOW DUE                                                                                                        $4,539.10

| | |
|---|---|
| Beginning Trust Balance | $3,000.00 |
| Less: Trust Applied to this Bill | -3,000.00 |
| Remaining Trust Balance | $0.00 |

Our File Number:                                                                                                                    Page    3    of    3
020912    ~   130362            JMD

# Ausley & McMullen, P.A.
ATTORNEYS AND COUNSELORS AT LAW
P. O. BOX 391
TALLAHASSEE, FL 32302

(850) 224-9115

*FEIN 59-3377662*

September 18, 2013

Terry & Marie L. Taylor
112 Guandalupe Drive
Athens, TX  75751

Bill Number      122350
Billed Through   08/31/2013

RE:   James L. Simpson Bankruptcy

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/03/2013 | JMD | Telephone conference with T. Taylor regarding status; e-mail to A. Penson regarding discussion of his client purchasing the note from the Taylors well before the 2004 exam. | 0.60 Hrs |
| 06/05/2013 | JMD | Review letter from Trustee to Debtor regarding need to file Chapter 12 plan; review Bankruptcy Code provision on plan filing; telephone conference with T. Taylor regarding status of case; telephone conference with J. Bell regarding status of case and production of documents; review documents from J. Bell; review e-mail from J. Bell. | 2.00 Hrs |
| 06/10/2013 | JMD | Prepare for meeting with A. Penson and J. Bell; telephone conference with J. Bell; attend meeting with A. Penson and J. Bell to discuss case and review documents previously produced; telephone conference with T. Taylor regarding status; review Chapter 12 plan filed by Debtor; review notice of hearing on confirmation. | 1.70 Hrs |
| 06/10/2013 | KAF | Conference with J. Donohue to discuss case status and strategy going forward. | 0.30 Hrs |
| 06/11/2013 | JMD | Telephone conference with J. Bell's office; telephone conference with J. Bell regarding timeline of his involvement with J. Simpson in the sod and pallet business. | 0.60 Hrs |
| 06/11/2013 | KAF | Internal conference with J. Donohue to discuss objection to confirmation. | 0.30 Hrs |
| 06/11/2013 | DBH | Studied Ch. 12 plan to determine its validity and prepared a memorandum detailing the findings. | 1.50 Hrs |
| 06/12/2013 | JMD | Telephone conference with J. Bell regarding revised timeline for his dealings with J. Simpson; telephone conference with T. Taylor regarding status; preparation of draft of proof of claim; e-mail to T. Taylor with copy of draft of proof of claim. | 2.50 Hrs |
| 06/13/2013 | JMD | Review fax and attached documentation and revisions to the draft of the proof of claim; review second fax from T. Taylor regarding revisions to proof of claim. | 0.50 Hrs |

Our File Number:
020912  ~  130362          JMD

Page 1 of 5

| | | | |
|---|---|---|---|
| Terry & Marie L. Taylor | | Bill Number: | 122350 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/13/2013 | DBH | Researched arrearage treatment and feasibility tests in Chapter 12 and prepared a memorandum detailing the findings. | 2.00 Hrs |
| 06/14/2013 | JMD | Review and calendar notice of rescheduled confirmation hearing. | 0.10 Hrs |
| 06/14/2013 | DBH | Completed memorandum regarding Chapter 12 arrearage treatment and feasibility tests. | 1.00 Hrs |
| 06/17/2013 | JMD | Review e-mail from A. Penson regarding possible need to reschedule 2004 exam; review second e-mail from A. Penson. | 0.20 Hrs |
| 06/18/2013 | JMD | Review documents from J. Bell and prepare exhibits to be identified at the Rule 2004 exam tomorrow; e-mail to A. Penson regarding 2004 exam; second e-mail to A. Penson; review e-mail from A. Penson; review monthly cash receipts and disbursements. | 1.50 Hrs |
| 06/18/2013 | KAF | Preparation for 2004 Examination of creditor John Bell. | 0.60 Hrs |
| 06/19/2013 | JMD | Further prepare for 2004 exam of J. Bell and revise exhibits to be identified at the examination; attend 2004 exam of J. Bell; confer with A. Penson regarding status of case and how to proceed; review research by law clerk on arrearage treatment in Chapter 12 plan, the sufficiency of the Chapter 12 plan, and the feasibility test in Chapter 12 compared to Chapter 11. | 3.00 Hrs |
| 06/19/2013 | KAF | Attend 2004 examination of John Bell; internal conference with J. Donohue regarding objection to Chapter 12. | 3.00 Hrs |
| 06/20/2013 | JMD | Review transcript of 2004 examination of John Bell. | 0.50 Hrs |
| 06/21/2013 | JMD | Review errata sheet to J. Bell's deposition. | 0.10 Hrs |
| 06/24/2013 | JMD | Telephone conference with T. Taylor regarding status of proof of claim, terms of Chapter 12 plan, objection to plan, deposition of J. Bell, and other issues; e-mail to A. Penson regarding conferring on how to proceed in case; telephone conferences with Trustee's office; email to W. Kelley, Trustee, regarding need to confer on status of case. | 0.60 Hrs |
| 06/25/2013 | JMD | Telephone conference with A. Penson regarding filing proof of claim and filing a motion to determine secured status and to value collateral; e-mail to A. Penson regarding motion to determine secured status. | 0.50 Hrs |
| 06/27/2013 | JMD | Review proof of claim filed by J. Bell; review amended proof of claim filed by J. Bell; review proof of claim filed by IRS; telephone conference with T. Taylor regarding status of several issues. | 1.00 Hrs |
| 06/28/2013 | JMD | Review motion for determination of validity of lien field by Debtor regarding J. Bell's mortgage lien. | 0.30 Hrs |
| 07/01/2013 | JMD | Review file; e-mail to A. Turnage regarding possibility of continuing confirmation hearing until after hearing on determination of J. Bell's lien. | 0.30 Hrs |

Terry & Marie L. Taylor                                                                                       Bill Number:      122350

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/02/2013 | JMD | Review and calendar notice of hearing on motion for determination of secured lien; review e-mail from A. Turnage regarding continuance of confirmation hearing; review Trustee's response to motion for determination; review e-mail from A. Turnage with draft of motion to continue; review e-mails from Trustee and A. Penson regarding consent to motion to continue; e-mail to A. Turnage with proposed revised language for his motion to continue; second e-mail to A. Turnage regarding need for evidentiary hearing on motion to determine secured lien of J. Bell. | 1.30 Hrs |
| 07/03/2013 | JMD | Review e-mail from A. Turnage regarding language in motion for continuance; e-mail to A. Turnage regarding consent motion for continuance, need for evidentiary hearing without preliminary hearing, and need for 2004 exam; revise and file proof of claim and exhibits; telephone conference with T. Taylor regarding status of case. | 1.30 Hrs |
| 07/06/2013 | KAF | Internal conference with J. Donohue regarding motion for status conference to resolve scheduling of valuation and confirmation hearing; | 0.40 Hrs |
| 07/07/2013 | JMD | Review e-mail from A. Turnage regarding terms of the motion to continue confirmation hearing; review second e-mail from A. Turnage regarding continuance issues; review third e-mail from A. Turnage regarding same continuance issue; review file and send e-mail to A. Turnage regarding my conditional consent to the continuance of the confirmation hearing; second e-mail to A. Turnage regarding my earlier e-mails being attached as exhibits to his motion; third e-mail to A. Turnage in response to his e-mail regarding terms of continuance. | 2.00 Hrs |
| 07/08/2013 | JMD | Telephone conference with W. Kelley, Trustee, regarding status of case and issues involved in the continuance of the confirmation hearing; telephone conference with A. Penson's office; telephone conference with A. Penson regarding continuance of confirmation hearing until after hearing on motion to determine validity of lien; review file regarding deadlines to object to plan if confirmation hearing not continued; e-mail to A. Turnage regarding motion requesting expedited status conference on continuance of confirmation hearing, hearing on motion to determine validity of lien, and extension of deadline to object to confirmation; review file, prepare, and file motion for status conference on short notice; review e-mail from A. Turnage regarding consent to status conference; e-mail to A. Penson and Trustee regarding A. Turnage's consent to motion for status conference; review local rules regarding Chapter 12 requirements for confirmation. | 4.10 Hrs |
| 07/09/2013 | JMD | Telephone conference with T. Taylor regarding scheduled hearing on motion to determine lien in August; review Debtor's motion for continuance; preparation and file response to motion for continuance. | 1.50 Hrs |
| 07/09/2013 | KAF | Internal conference with J. Donohue regarding motion for status conference to resolve scheduling of valuation and confirmation hearing. | 0.30 Hrs |

Terry & Marie L. Taylor                                                              Bill Number:        122350

---

| | | | |
|---|---|---|---|
| 07/10/2013 | JMD | Telephone conference with Judge Specie's scheduling clerk regarding hearing date and time on motion for status conference; review notice of status hearing; telephone conference with Trustee regarding his unavailability for hearing; review order extending deadline to object to confirmation; review Trustee's response to motion for status conference; preparation of certificate of service of notice of status conference. | 1.00 Hrs |
| 07/11/2013 | JMD | Review pleadings and preparation for status conference hearing by Court Call; attend status conference; review e-mail and proposed order from A. Turnage; e-mail to A. Turnage regarding approval of proposed order; telephone conference with client regarding status. | 1.50 Hrs |
| 07/12/2013 | JMD | Review e-mail from Trustee regarding revisions to order on continuance of confirmation hearing; review and calendar order and notice of trial of motion for determination of lien. | 0.20 Hrs |
| 07/16/2013 | JMD | Review order on continuance of confirmation hearing. | 0.10 Hrs |
| 07/17/2013 | JMD | Telephone conference with T. Taylor regarding status of case, rescheduled hearing on confirmation, recently rescheduled hearing on motion to determine validity of lien, and other issues. | 0.50 Hrs |
| 07/19/2013 | JMD | Telephone conference with T. Taylor regarding status of case and cancellation and continuances of hearings. | 0.40 Hrs |
| 07/22/2013 | JMD | Telephone conference with T. Taylor regarding orders he received in the mail and status of case. | 0.20 Hrs |
| 07/30/2013 | JMD | Review proof of claim filed by the Florida Department of Revenue. | 0.10 Hrs |
| 08/18/2013 | JMD | Review file; review status of case on PACER; e-mail to A. Penson, attorney for J. Bell, regarding status of discovery in the determination of validity of second mortgage issue set for trial in September; review e-mail from A. Penson's office. | 0.50 Hrs |
| 08/19/2013 | JMD | Work on first interim fee application. | 0.80 Hrs |
| 08/20/2013 | JMD | Review e-mail from A. Penson regarding hearing on August 22nd; review file and court calendar; e-mail to A. Penson. | 0.40 Hrs |
| 08/21/2013 | JMD | Review e-mail from A. Penson; conference with A. Penson regarding status of hearing tomorrow and status of case. | 0.20 Hrs |

| Total Fees for this Matter | $10,798.50 |
|---|---|

EXPENSES:

| | | |
|---|---|---|
| 06/19/2013 | Gadsden County Clerk's fee for copy of recorded document | 14.00 |
| 06/25/2013 | Court reporter fee for copy of deposition of John Bell on 6/19/2013 - Merit Reporting - Invoice LG-13-83A | 264.60 |
| 08/14/2013 | Court call for telephone appearance on 7/11/13 | 30.00 |
| 08/31/2013 | Copy charges | 90.80 |

---

Our File Number:                                                                        Page    4    of    5
020912   ~   130362             JMD

| Terry & Marie L. Taylor | | | | Bill Number: | 122350 |

| | | | | | |
|---|---|---|---|---|---|
| Total Expenses for this Matter | | | | | $399.40 |

BILL SUMMARY:

FEES:

| | | | | |
|---|---|---|---|---|
| James M. Donohue | 32.10 Hrs | $300 / Hr | | 9,630.00 |
| Kevin A. Forsthoefel | 4.90 Hrs | $165 / Hr | | 808.50 |
| Daniel B. Harris | 4.50 Hrs | $80 / Hr | | 360.00 |
| TOTAL FEES | 41.50 Hrs | | | $10,798.50 |
| TOTAL EXPENSES | | | | $399.40 |
| TOTAL FEES AND EXPENSES THIS BILL | | | | $11,197.90 |

| | |
|---|---|
| TOTAL BALANCE NOW DUE | $11,197.90 |