# AUSLEY & MCMULLEN, P.A.
## ATTORNEYS AND COUNSELORS AT LAW
### P. O. BOX 391
### TALLAHASSEE, FL 32302

(850) 224-9115

*FEIN 59-3377662*

November 05, 2013

Terry & Marie L. Taylor
112 Guandalupe Drive
Athens, TX  75751

Bill Number       123260
Billed Through    10/31/2013

RE:   James L. Simpson Bankruptcy

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/05/2013 | JMD | Telephone conference with T. Taylor regarding status of hearing on determation of secured claims. | 0.20 Hrs |
| 09/17/2013 | JMD | Telephone conference with T. Taylor regarding status of hearing; preparation of fee application. | 0.80 Hrs |
| 09/18/2013 | JMD | Review witness and exhibit list filed by counsel for the Debtor. | 0.10 Hrs |
| 09/19/2013 | JMD | Review Bell's witness and exhibit list; review file and prepare to meet with clients and attend hearing; attend hearing on Debtor's motion to determine validity of lien; conference with A. Penson and J. Bell after hearing; conference with clients regarding status of case. | 3.50 Hrs |
| 09/19/2013 | KAF | Internal conference with J. Donohue regarding hearing on creditor's secured claim and case status/strategy going forward. | 0.50 Hrs |
| 09/20/2013 | JMD | Review proceeding memo and calendar briefing schedule for endorsement issue. | 0.10 Hrs |
| 09/23/2013 | JMD | Telephone conference with T. Taylor regarding status of case; review and calendar notice of hearing on compensation. | 0.30 Hrs |
| 10/09/2013 | JMD | Review file regarding deadline for Debtor to file brief on legal issue of endorsement. | 0.20 Hrs |
| 10/14/2013 | JMD | Telephone conference with A. Penson, counsel for J. Bell, regarding status of briefings due to the court. | 0.10 Hrs |
| 10/21/2013 | JMD | Telephone conference with T. Taylor regarding status of case, hearing on application for reimbursement of fees, and other issues. | 0.30 Hrs |
| 10/22/2013 | KAF | Draft motion to dismiss. | 4.00 Hrs |
| 10/24/2013 | JMD | Conference with associate and review of motion to dismiss with prejudice and discussion of motion to expedite hearing on motion to dismiss; final review and revisions of motion to dismiss and motion to expedite hearing; review amended proof of claim filed by the IRS. | 1.20 Hrs |

Our File Number:
020912   ~ 130362       JN

EXHIBIT "A"

Page   1   of   2

| Terry & Marie L. Taylor | | | Bill Number: | 123260 |
|---|---|---|---|---|

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 10/24/2013 | KAF | Revise motion to dismiss; draft motion for expedited hearing; internal conference with J. Donohue regarding same. | 1.40 | Hrs |
| 10/25/2013 | JMD | Review brief filed by counsel for the Debtor on the endorsement issue; brief review of case law cited in Debtor's brief; review and calendar notices of hearing on motion to dismiss, confirmation, and application for compensation. | 0.70 | Hrs |
| 10/29/2013 | JMD | Review monthly cash receipts and disbursement statements for the Debtor for June, July, August and September; review and compare schedules with monthly reports. | 0.50 | Hrs |

| Total Fees for this Matter | $3,373.50 |
|---|---|

EXPENSES:

| 10/31/2013 | Copy charges | 37.60 |
|---|---|---|

| Total Expenses for this Matter | $37.60 |
|---|---|

BILL SUMMARY:

FEES:

| | | | | |
|---|---|---|---|---|
| James M. Donohue | 8.00 Hrs | $300 / Hr | | 2,400.00 |
| Kevin A. Forsthoefel | 5.90 Hrs | $165 / Hr | | 973.50 |
| TOTAL FEES | 13.90 Hrs | | | $3,373.50 |
| TOTAL EXPENSES | | | | $37.60 |
| TOTAL FEES AND EXPENSES THIS BILL | | | | $3,411.10 |
| PAST DUE BALANCE | | | | $3,500.00 |

| TOTAL BALANCE NOW DUE | $6,911.10 |
|---|---|